917 So.2d 1095 (2005)
STATE ex rel. Karston KEELEN
v.
STATE of Louisiana.
No. 2005-KH-0316.
Supreme Court of Louisiana.
December 16, 2005.
In re Keelen, Karston;  Plaintiff; Applying for Supervisory and/or Remedial Writs, Parish of E. Baton Rouge, 19th Judicial District Court Div. A, No. 2-96-476; to the Court of Appeal, First Circuit, No. 2004 KW 2246.
Denied. La.C.Cr.P. art. 930.8; State ex rel. Glover v. State, 93-2330 (La.9/5/95), 660 So.2d 1189; State v. Parker, 98-0256 (La.5/8/98), 711 So.2d 694.